IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ACEVES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COINBASE GLOBAL, INC., et al.,<br><br>    Defendants. | Case No. 24-cv-02663-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT COURTESY COPY OF COMPLAINT** |

On May 6, 2024, the above-titled action was assigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a courtesy copy of their Complaint, filed May 3, 2024.

**IT IS SO ORDERED.**

Dated: May 14, 2024

                                              MAXINE M. CHESNEY<br>
                                              United States District Judge