1  **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
2  MARK R. S. FOSTER (SBN 223682)
   mark.foster@skadden.com
3  525 University Avenue
   Palo Alto, California 94301
4  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
5
6  *Attorney for Defendants*

7  [Additional Counsel on Signature Page.]

8
                **UNITED STATES DISTRICT COURT**
9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN FRANCISCO DIVISION**
10 _____

11 GERARDO ACEVES, THOMAS FAN,          )   Case No.: 3:24-cv-02663-MMC
   EDWIN MARTINEZ, TIFFANY SMOOT,       )
12 EDOUARD CORDI, and BRETT MAGGARD, )
   Individually, and on Behalf of All Others )
   Similarly Situated,                   )
13                                       )   **CLASS ACTION**
                                         )
14          Plaintiffs,                  )
                                         )
15          v.                           )   **ADMINISTRATIVE MOTION TO**
                                         )   **CONSIDER WHETHER CASES**
16 COINBASE GLOBAL, INC., COINBASE,      )   **SHOULD BE RELATED AND**
   INC., COINBASE ASSET MANAGEMENT,      )   **[PROPOSED] ORDER RELATING**
17 LLC, and BRIAN ARMSTRONG,             )   **CASES [Civil L.R. 3-12 and 7-11]**
                                         )
18          Defendants.                  )
                                         )
19 _____ )   Honorable Maxine M. Chesney
20
21
22
23
24
25
26
27
28

1    Pursuant to Civil Local Rule 3-12 and 7-11, Defendants hereby respectfully move the

2  Court to consider whether this Matter and *Carter v. Coinbase Global Inc., et al.*, No. 3:24-cv-

3  03350-CRB (the "*Carter* Action") are related actions. In order of filing date, the matters submitted

4  for determination under Civil Local Rule 3-12 include *Aceves v. Coinbase Global, Inc., et al.*, No.:

5  3:24-cv-02663-MMC (filed May 3, 2024) and *Carter v. Coinbase Global Inc., et al.*, No. 3:24-cv-

6  03350-CRB (filed June 4, 2024).

7    "An action is related to another when: (1) The actions concern substantially the same

8  parties, property, transaction, or event; and (2) It appears likely that there will be an unduly

9  burdensome duplication of labor and expense or conflicting results if the cases are conducted

10 before different Judges."  Civil L. R. 3-12(a). Here, both Actions bring the same claims on behalf

11 of the same proposed class against the same defendants. Each complaint contains substantially

12 similar allegations.  Indeed, counsel in the *Carter* Action identified that case as related to the

13 *Aceves* Action in the civil cover sheet filed with the *Carter* complaint.  (*See Carter* ECF No. 1.1.)

14 Given that substantially similar parties, claims, and events are involved in each of the Actions,

15 conducting these cases before different judges in this District would likely result in an unduly

16 burdensome duplication of labor and expense for the parties involved in each action, as well as the

17 Court, and could also create the potential for conflicting results. Accordingly, relating the Actions

18 will serve the interests of judicial economy and avoid the potential for conflicting results,

19 consistent with Civil Local Rule 3-12.

20    In furtherance of this motion, and in compliance with Civil Local Rule 7-11, plaintiffs in

21 both Actions have stipulated that the Actions should be deemed related. *See* Exhibit 1. For all the

22 foregoing reasons, Defendants respectfully request that this Court enter an order relating the

23 *Carter* Action with the *Aceves* Action, which was the first filed in this District.

24

25

26

27

28

DATED: July 9, 2024

Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ *Mark R. S. Foster*
    MARK R. S. FOSTER (SBN 223682)
    mark.foster@skadden.com
    525 University Avenue
    Palo Alto, California 94301
    Telephone: (650) 470-4500
    Facsimile: (650) 470-4570

    **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
    ALEXANDER C. DRYLEWSKI*
    alex.drylewski@skadden.com
    LARA A. FLATH*
    lara.flath@skadden.com
    One Manhattan West
    New York, New York 10001
    Telephone: (212) 735-3000
    Facsimile: (212) 735-2000

    *Attorneys for Defendants*
    *Admission pro hac vice application forthcoming

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER RELATING CASES
CASE No.: 3:24-cv-02663-MMC

**[PROPOSED] ORDER DEEMING CASES RELATED**

Pursuant to Civil Local Rule 3-12, Defendants Coinbase Global, Inc., Coinbase, Inc., Coinbase Asset Management, LLC, and Brian Armstrong filed an Administrative Motion to consider whether *Aceves v. Coinbase Global, Inc., et al.*, No. 3:24-cv-02663-MMC should be related to *Carter v. Coinbase Global Inc., et al.*, No. 3:24-cv-03350-CRB.

Good cause having been shown, IT IS HEREBY ORDERED that *Carter v. Coinbase Global Inc., et al.*, No. 3:24-cv-03350-CRB is related to this action.

Date: _____, 2024

_____
HONORABLE MAXINE M. CHESNEY


UNITED STATES DISTRICT JUDGE