# Exhibit 1

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JOHN T. JASNOCH (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Plaintiffs Gerardo Aceves, Thomas Fan, Edwin Martinez, Tiffany Smoot, Edouard Cordi, and Brett Maggard*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO ACEVES, THOMAS FAN, EDWIN MARTINEZ, TIFFANY SMOOT, EDOUARD CORDI, and BRETT MAGGARD, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., COINBASE, INC., COINBASE ASSET MANAGEMENT, LLC, and BRIAN ARMSTRONG,<br><br>Defendants. | Case No. 3:24-cv-02663-MMC<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br><u>**CLASS ACTION**</u><br><br>**Judge: Maxine M. Chesney** |
| MOLLIJOY CARTER, BRADLEY BARNES, and ANTONETT FOY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., COINBASE, INC., COINBASE ASSET MANAGEMENT, LLC, and BRIAN ARMSTRONG,<br><br>Defendants. | Case No. 3:24-cv-03350-CRB<br><br><u>**CLASS ACTION**</u><br><br>**Judge: Charles R. Breyer** |

WHEREAS, Plaintiffs in the action entitled *Aceves, et al. v. Coinbase Global, Inc., et al.*, Case No. 3:24-cv-02663-MMC (N.D. Cal.) (the "*Aceves* Action") filed their complaint on May 3, 2024;

WHEREAS, Plaintiffs in the action entitled *Carter, et al. v. Coinbase Global, Inc., et al.*, Case No. 3:24-cv-03350-CRB (N.D. Cal.) (the "*Carter* Action") filed their complaint on June 4, 2024;

WHEREAS, the parties believe that the two above-referenced actions should be deemed "related" pursuant to Civil L.R. 3-12(a), as set forth in this stipulation because: (a) the above-captioned actions concern substantially the same parties, property, transactions, or events; and (b) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges;[1]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, that the Court order as follows:

1.  The *Aceves* Action and *Carter* Action shall be deemed related because:

    a.  the actions concern substantially the same parties, property, transaction or event; and

    b.  it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

**IT IS SO STIPULATED.**

---

[1] For the avoidance of doubt, by agreeing to this stipulation, Defendants do not waive and affirmatively preserve all defenses to the complaint in either Action that they may assert at the appropriate time.

2
STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES

Dated: July 9, 2024

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br><br>By: */s/ John T. Jasnoch*<br>    John T. Jasnoch (SBN 281605)<br>    600 W. Broadway, Suite 3300<br>    San Diego, CA 92101<br>    Telephone: (619) 233-4565<br>    Facsimile: (619) 233-0508<br>    Email: jjasnoch@scott-scott.com<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>SEAN T. MASSON\*<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (619) 233-6444<br>Facsimile: (619) 233-6334<br>Email: smasson@scott-scott.com<br><br>**GRADYLAW**<br>THOMAS GRADY\*<br>720 Fifth Avenue South, Suite 200<br>Naples, FL 34102<br>http://www.cryptolawyers.com/<br><br>**JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**<br>GUY BURNS\*<br>311 Park Place Blvd., #300<br>Clearwater, FL 33759<br>http://www.cryptolawyers.com/<br><br>*Counsel for Plaintiffs Gerardo Aceves, Thomas Fan, Edwin Martinez, Tiffany Smoot, Edouard Cordi, and Brett Maggard*<br>\*Admission pro hac vice application forthcoming | **SKADDEN ARPS SLATE MEAGHER & FLOM LLP**<br><br>By: */s/ Mark R. S. Foster*<br>    Mark R. S. Foster (SBN 223682)<br>    525 University Ave., #1400<br>    Palo Alto, CA 94301<br>    Telephone: (650) 470-4580<br>    Facsimile: (650) 470-4570<br>    Email: mark.foster@skadden.com<br><br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>ALEXANDER C. DRYLEWSKI\*<br>alex.drylewski@skadden.com<br>LARA A. FLATH\*<br>lara.flath@skadden.com<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br><br>*Counsel for Defendants*<br>\*Admission pro hac vice application forthcoming<br><br><br>**THE ROSEN LAW FIRM, P.A.**<br><br>By: */s/ Laurence M. Rosen*<br>    Laurence M. Rosen (SBN 219683)<br>    355 S. Grand Avenue, Suite 2450<br>    Los Angeles, CA 90071<br>    Telephone: (213) 785-2610<br>    Facsimile: (213) 226-4684<br>    Email: lrosen@rosenlegal.com<br><br>*Counsel for Plaintiffs Mollijoy Carter, Bradley Barnes, and Antonett Foy* |

### Attestation Pursuant to Local Rule 5-1(i)(3)

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 9, 2024

                                                */s/ Mark R. S. Foster*
                                                Mark R. S. Foster