**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider whether Cases Should be Related has been filed, pursuant to Civil Local Rule 3-12(c), requesting the undersigned determine whether the following cases are related:

**C 24-cv-02663 MMC**   Aceves et al. v. Coinbase Global, Inc. et al.
**C 24-cv-03350 RFL**   Carter, et al. v. Coinbase Global, Inc., et al.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[  ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. The parties are instructed that all future filings in the later-filed action are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearances in court, which will be rescheduled by the undersigned.

**DATED:** July 11, 2024

MAXINE M. CHESNEY
United States District Judge