1  **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
   MARK R.S. FOSTER (SBN 223682)
2  mark.foster@skadden.com
   525 University Avenue
3  Palo Alto, California 94301
   Telephone: (650) 470-4500
4  Facsimile:  (650) 470-4570

5

   *Attorneys for Defendants*
6
   [Additional Counsel listed on Signature Page]
7

8
                    **UNITED STATES DISTRICT COURT**
9                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
10

11  _____

12  GERARDO ACEVES, THOMAS FAN,           )
    EDWIN MARTINEZ, TIFFANY SMOOT,        )   Case No.: 3:24-cv-02663-MMC
    EDOUARD CORDI, and BRETT MAGGARD,     )
13  Individually, and on Behalf of All Others )
    Similarly Situated,                   )
14                                        )   **CLASS ACTION**
                                          )
15                  Plaintiffs,           )
                                          )
16          v.                            )
                                          )   **STIPULATION AND [PROPOSED]**
17  COINBASE GLOBAL, INC., COINBASE,      )   **ORDER TO EXTEND DEFENDANTS'**
    INC., COINBASE ASSET MANAGEMENT,      )   **TIME TO RESPOND TO THE**
18  LLC, and BRIAN ARMSTRONG,             )   **COMPLAINT**
                                          )
19                                        )
                    Defendants.           )
20                                        )   Honorable Maxine M. Chesney
                                          )
21  _____   )

22

23

24

25

26

27

28

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule"), plaintiffs Gerardo Aceves, Thomas Fan, Edwin Martinez, Tiffany Smoot, Edouard Cordi, and Brett Maggard, individually and on behalf of all others similarly situated ("Plaintiffs"), along with Defendants Coinbase Global, Inc., Coinbase, Inc., Coinbase Asset Management, LLC, and Brian Armstrong ("Defendants", and Defendants together with Plaintiffs, the "Parties"), hereby agree and stipulate subject to the terms below that good cause exists to request an order from the Court extending the deadline for Defendants to respond to the complaint filed by Plaintiffs on May 3, 2024 (the "*Aceves* Complaint").

A. On July 9, 2024, Defendants filed an administrative motion to consider whether this matter and *Carter v. Coinbase Global, Inc., et al.*, No. 3:24-cv-03350-CRB (the "*Carter* Action", and together with this Action, the "Actions") are related. *See* ECF No. 13. The Parties also filed a stipulation signed by all Parties as well as the plaintiffs in the *Carter* Action requesting that the Actions be deemed related. *See* ECF No. 13.1. The Court granted this motion on July 11, 2024. *See* ECF No. 14.

B. On July 9, 2024, the Parties met and conferred with the plaintiffs in the *Carter* Action about potential consolidation of the Actions and for Defendants to respond to the *Aceves* Complaint.

C. The plaintiffs in both Actions currently anticipate that they will move to consolidate the Actions and work with Defendants to agree to a schedule by which the Plaintiffs will file a consolidated complaint.

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1. Plaintiffs intend to file an amended consolidated complaint following the consolidation of the Actions, if approved by the Court.

2. The Parties will meet and confer within five (5) business days after the Actions are consolidated to discuss a schedule going forward, including the filing of an amended consolidated complaint and any answer to that complaint by Defendants.

3. Pursuant to Civil Local Rule 6-2, Defendants are excused from the obligation to answer, move to dismiss or otherwise respond to the *Aceves* Complaint prior to the filing of an amended consolidated complaint. All other deadlines will be extended accordingly.

4. If the Actions are not consolidated, the Parties shall meet and confer within five (5) business days of any order denying consolidation to discuss a schedule going forward.

5. The Parties expressly preserve all other rights and defenses.

IT IS SO STIPULATED.

Dated: July 11, 2024

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br><br>By: */s/ John T. Jasnoch*<br>    John T. Jasnoch (SBN 281605)<br>    600 W. Broadway, Suite 3300<br>    San Diego, CA 92101<br>    Telephone: (619) 233-4565<br>    Facsimile: (619) 233-0508<br>    Email: jjasnoch@scott-scott.com<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>    SEAN T. MASSON\*<br>    The Helmsley Building<br>    230 Park Avenue, 17th Floor<br>    New York, NY 10169<br>    Telephone: (619) 233-6444<br>    Facsimile:  (619) 233-6334<br>    Email: smasson@scott-scott.com<br><br>**GRADYLAW**<br>    THOMAS GRADY\*<br>    720 Fifth Avenue South, Suite 200<br>    Naples, FL 34102<br>    http://www.cryptolawyers.com/<br><br>**JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**<br>    GUY BURNS\*<br>    311 Park Place Blvd., #300<br>    Clearwater, FL 33759<br>    http://www.cryptolawyers.com/<br><br>*Attorneys for Plaintiffs*<br>\*Admission pro hac vice application forthcoming | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br><br>By: /s/ *Mark R. S. Foster*<br>    MARK R. S. FOSTER (SBN 223682)<br>    mark.foster@skadden.com<br>    525 University Avenue<br>    Palo Alto, California 94301<br>    Telephone: (650) 470-4500<br>    Facsimile: (650) 470-4570<br><br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>    ALEXANDER C. DRYLEWSKI\*<br>    alex.drylewski@skadden.com<br>    LARA A. FLATH\*<br>    lara.flath@skadden.com<br>    One Manhattan West<br>    New York, New York 10001<br>    Telephone: (212) 735-3000<br>    Facsimile: (212) 735-2000<br><br>*Attorneys for Defendants*<br>\*Admission pro hac vice application forthcoming |

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: July 11, 2024

By: */s/ Mark R. S. Foster*
Mark R.S. Foster

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

5
STIPULATION AND [PROPOSED] ORDER
Case No.: 3:24-cv-02663-MMC