IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ACEVES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COINBASE GLOBAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02663-MMC<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

　　The Court having recently related to the above-titled case the later-filed case Carter v. Coinbase, No. 3:24-cv-03350, and an Initial Case Management Conference having been set in that later-filed case for October 11, 2024, the Initial Case Management Conference in the above-titled case is hereby CONTINUED from August 2, 2024, to October 11, 2024. A Joint Case Management Statement shall be filed no later than October 4, 2024.

　　**IT IS SO ORDERED.**

Dated: July 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge