1 | MARK R.S. FOSTER (SBN 223682)
2 | mark.foster@skadden.com
  | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
3 | 525 University Avenue
  | Palo Alto, California 94301
4 | Telephone: (650) 470-4500
  | Facsimile:  (650) 470-4570

*Attorneys for Defendants*

[Additional Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GERARDO ACEVES, THOMAS FAN, EDWIN MARTINEZ, TIFFANY SMOOT, EDOUARD CORDI, and BRETT MAGGARD, Individually, and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>COINBASE GLOBAL, INC., COINBASE, INC. and BRIAN ARMSTRONG,<br><br>  Defendants. | Case No.: 3:24-cv-02663-MMC<br><br>(Consolidated with Case No. 3:24-cv-03350)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO POSTPONE THE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rules"), plaintiffs in *Aceves v. Coinbase Global, Inc., et al.,* No. 3:24-cv-02663-MMC (the "*Aceves* Action"), Gerardo Aceves, Thomas Fan, Edwin Martinez, Tiffany Smoot, Edouard Cordi, and Brett Maggard, individually and on behalf of all others similarly situated, along with plaintiffs in *Carter v. Coinbase Global, Inc., et al.,* No. 3:24-cv-03350-CRB (the "*Carter* Action", and together with the *Aceves* Action, the "Actions"), Mollijoy Carter, Bradley Barnes, and Antonett Foy, individually and on behalf of all others similarly situated, and Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong ("Defendants", and Defendants together with Plaintiffs, the "Parties"), hereby agree and stipulate subject to the terms below that good cause exists to request an order from the Court continuing the Initial Case Management Conference, and all related deadlines, until this Court resolves Defendants' forthcoming motion to transfer this consolidated action to the Southern District of New York.

A.     On July 9, 2024, Defendants filed an administrative motion to consider whether the matters *Aceves v. Coinbase Global Inc., et al.*, No. 3:24-cv-02663-MMC and *Carter v. Coinbase Global, Inc., et al.*, No. 3:24-cv-03350-CRB are related. *See* ECF No. 13. The Parties also filed a stipulation requesting that the Actions be deemed related. *See* ECF No. 13.1. The Court granted this motion on July 11, 2024. *See* ECF No. 14.

B.     On July 30, 2024, the Parties filed an administrative motion setting forth a schedule for: (i) the Parties to move to consolidate the Actions; (ii) Plaintiffs to file an amended consolidated complaint, should the actions be consolidated; and (iii) a briefing schedule for Defendants' anticipated motion to transfer. *See* ECF No. 18. This motion stayed Defendants' deadline to respond to the amended consolidated complaint until after the Court's resolution of the anticipated motion to transfer. *Id.* The Court granted this motion on July 31, 2024. *See* ECF No. 21.

C.     On August 15, 2024, the Court granted the Parties' August 14, 2024 administrative motion to consolidate the *Aceves* and *Carter* Actions. *See* ECF No. 25.

D.     On September 16, 2024, the Plaintiffs filed their amended consolidated complaint. *See* ECF No. 27.

E.  Defendants intend to file a motion to transfer this action on October 17, 2024, pursuant to the briefing schedule so ordered by the Court. *See* ECF No. 21. Plaintiffs shall have 30 days to oppose and Defendants shall have 15 days to file any reply. *Id.*

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1. The Parties request that the Court continue the Initial Case Management Conference currently scheduled for October 11, 2024 until it resolves Defendants' forthcoming motion to transfer.

2. The Parties expressly preserve all other rights and defenses.

IT IS SO STIPULATED.

Dated: September 23, 2024

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br><br>By: */s/ John T. Jasnoch*<br>John T. Jasnoch (SBN 281605)<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508<br>Email: jjasnoch@scott-scott.com<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>SEAN T. MASSON*<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (619) 233-6444<br>Facsimile:  (619) 233-6334<br>Email: smasson@scott-scott.com<br><br>**GRADYLAW**<br>THOMAS GRADY*<br>720 Fifth Avenue South, Suite 200<br>Naples, FL 34102<br>http://www.cryptolawyers.com/<br><br>**JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**<br>GUY BURNS*<br>311 Park Place Blvd., #300<br>Clearwater, FL 33759<br>http://www.cryptolawyers.com/<br><br>**THE ROSEN LAW FIRM, P.A.**<br>*/s/ Laurence M. Rosen*<br>Laurence M. Rosen (SBN 219683)<br>355 South Grand Avenue., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com<br><br>*Attorneys for Plaintiffs*<br>*Admission pro hac vice application forthcoming | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br><br>By: */s/ Mark R. S. Foster*<br>MARK R. S. FOSTER (SBN 223682)<br>mark.foster@skadden.com<br>525 University Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br><br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>ALEXANDER C. DRYLEWSKI (admitted pro hac vice)<br>alex.drylewski@skadden.com<br>LARA A. FLATH (admitted pro hac vice)<br>lara.flath@skadden.com<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br><br>*Attorneys for Defendants* |

**<u>Attestation Pursuant to Local Rule 5-1(i)(3)</u>**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: September 23, 2024

By: */s/ Mark R. S. Foster*
Mark R.S. Foster

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED:  September 24, 2024

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE